UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br>**ORLANDO MARTINEZ MERCADO**<br>**JOHANA RIVERA SANTIAGO**<br>**Debtors** | **CASE NO: 08-04237 (ESL)**<br><br>**CHAPTER 13** |

## NOTICE OF POST CONFIRMATION MODIFICATION OF PLAN

**TO THE HONORABLE COURT:**

**COME NOW**, debtors through the undersigned attorney and respectfully state, allege and pray as follows:

1. That debtors have filed this amended Post Confirmation Modification of Chapter 13 Plan dated 11/20/08 with this notice.

2. ***The reason for this PCM Plan is to increase the base, from $12,000.00 to $13,800.00***

**NOTICE**

Within twenty (20) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law, (2) The requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

**WE CERTIFY**, that on this same date and by regular US Mail, copy of this Notice has been sent to Alejandro Oliveras, Esq., Chapter 13 Trustee, P.O. Box 9024062, San Juan, PR 00902-4062 and to all interest parties stated on attached Exhibit "A".

Respectfully Submitted.

In San Juan, Puerto Rico this November 24, 2008.

**s/JAIME RODRIGUEZ RODRIGUEZ**
**Electronically Filed by**
**Attorney for debtor(s)**
**U.S.D.C. PR -205314**
P.O. Box 2477
Vega Baja, Puerto Rico 00694
Telephone/fax (787) 858-5324
jaimerodriguezlawoffice@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE ORLANDO MARTINEZ MERCADO — BK. CASE # 08-04237 (ESL)
JOHANA RIVERA SANTIAGO
DEBTOR(S) — CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

NOTICE: • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. – This plan does not allow claims. Any **party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any** Secured obligation, **then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment.** Secured creditor must notify any change in the monthly **payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan.** • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [x] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE
[ ] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered

PLAN DATED: ____________ [ ] PRE [x] POST-CONFIRMATION

[x] AMENDED PLAN DATED: November 20, 2008
FILED BY [x] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 200 | 24 | 4,800 |
| 250 | 36 | 9,000 |
| | | 0 |
| | | 0 |
| | | 0 |
| TOTAL = | 60 | $ 13,800 |

Additional Payments
$ ________ to be paid as a LUMP SUM within ________ with proceeds to come from
[ ] Sale of property identified as follows: ________
[ ] Other ________

Periodic Payments to be made other than and in addition to the above
$ ____ x ____ = $ 0

To be made on ________

**PROPOSED PLAN BASE** $ 13,800

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000
b. Fees Paid (Pre-Petition): ($ 200 )
c. R 2016 Outstanding balance: $ 2,800
d. Post Petition Additional Fees: $ ________
e. Total Compensation: $ 3,000

### III. DISBURSEMENT SCHEDULE SEQUENCE

A. SECURED CLAIMS [ ] Debtor represents that there are no secured claims.
[x] Secured creditors will retain their liens and shall be paid as follows:

[ ] ADEQUATE PROTECTION Payments Cr ________ $ ________

[1] Trustee will pay secured ARREARS

| Cr | Cr | Cr |
|---|---|---|
| Doral Bank | Doral Bank | |
| POC 6 | POC 7-2 | Acct |
| $ 279 | $ 859 | $ |

[ ] Trustee will pay **REGULAR MONTHLY PAYMENTS**:
(please refer to the above related notice, for important information about this provision)
Cr ____ Acct ____ Monthly Pymt $ ____ (×3)

[ ] Trustee will pay **IN FULL** Secured Claims
Cr ____ $ ____ (×3)

[ ] Trustee will pay **VALUE OF COLLATERAL**
Cr ____ $ ____ (×3)

[ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan
Cr ________ Ins. Co. ________ Premium: $ ________
**(Please indicate in "Other Provisions" the insurance coverage period)**

[x] Debtor SURRENDERS COLLATERAL TO Lien Holder: COOP A/C RICO DAIRY

[x] Debtor will maintain REGULAR PAYMENTS DIRECTLY to DORAL BANK

B. PRIORITIES The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)]
[2] IRS / TREASURY

C. UNSECURED PREFERRED Plan [ ] Classifies [x] Does not Classify Claims
[ ] Class A: [ ] Co-debtor Claims [ ] Pay 100% / [ ] "Pay Ahead"
[ ] Class B: [ ] Other Class: ________
[ ] Cr ____ $ ____ [ ] Cr ____ $ ____ [ ] Cr ____ $ ____

D. GENERAL UNSECURED NOT PREFERRED (Case Liquidation Value = $ ________)
[ ] Will be paid 100% plus ____% Legal Interest [3] Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:

Signed: ________
DEBTOR ORLANDO MARTINEZ MERCADO

________
JOINT DEBTOR JOHANA RIVERA SANTIAGO

ATTORNEY FOR DEBTOR S/JAIME RODRIGUEZ RODRIGUEZ USDC 205314 Phone: (787) 858-5324

ORLANDO MARTINEZ MERCADO
CALLE 10 BUZON 1
BO. CARMELITA
VEGA BAJA, PR 00693

COMMOLOCO
CALLE BETANCES #5
PO BOX 3108
MANATI, PR 00674-3108

WAL MART
PO BOX 530927
ATLANTA, GA 30353-0927

JOHANA RIVERA SANTIAGO
CALLE 10 BUZON 1
BO. CARMELITA
VEGA BAJA, PR 00693

COOP A/C RICO DAIRY
PO BOX 363207
SAN JUAN, PR 00936

JAIME RODRIGUEZ RODRIGUEZ
RODRIGUEZ & ASOCIADOS
PO BOX 2477
VEGA BAJA, PR 00694

DORAL BANK
PO BOX 71529
SAN JUAN, PR 00936-8629

A.E.E.
PO BOX 363508
SAN JUAN, PR 00936-3508

IRS
PO BOX 80110
CINCINNATI, OH 45280-0010

BANCO POPULAR
PO BOX 71375
SAN JUAN, PR 00936-7077

JOSE ESCUDERO
BO. CARMELITA
CALLE 16
VEGA BAJA, PR 00693

CARICO INTERNATIONAL, INC.
PO BOX 100187
FORT LAUDERDALE, FL 33310-0187

MARIANNE
PO BOX 659705
SAN ANTONIO, TX 78265-9705

CITI CARDS
PO BOX 70148
SAN JUAN, PR 00936-8148

OFFICE MAX
PO BOX 60107
CITY OF INDUSTRY, CA 91716-0107

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR 00936-8687

PREPA
MARIA T. GORBEA
PO BOX 363928
SAN JUAN, PR 00936-3928

COMMOLOCO
52 CALLE DR. VEVE
BAYAMON, PR 00961-6309

THE HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
PO BOX 689100
DES MOINES, IA 50368-9100